$5,158.40, the judgment, as so modified, affirmed, without costs. If such stipulation be not given, judgment reversed and new trial ordered; costs to appellant to abide event.

INGRAHAM, J., dissents, on the ground that the judgment should be reversed.

HEWIT, Respondent, v. BOOTH, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1903.) Action by Loren M. Hewit, trustee, etc., against Henry F. Booth. No opinion. Motion granted and appeal dismissed, with $10 costs.

HODGE, Respondent, v. HODGE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1903.) Action by Addie Hodge against Charles Ellsworth Hodge. No opinion. Motion to dismiss appeal granted, with $10 costs, unless the appellant within 20 days files and serves the printed papers on appeal, and pays $10 costs of this motion, in which event said motion is denied.

HOFFMAN HOUSE, N. Y., v. HOFFMAN HOUSE CAFE. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by the Hoffman House, New York, against the Hoffman House Café. No opinion. Motion denied, with $10 costs.

HOLLOWAY et al., Respondents, v. HORSTMAN, Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by John F. Holloway and James N. Holloway against Charles F. Horstman. No opinion. Judgment unanimously affirmed, with costs.

HORR v. PUCCI. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Jacob Horr against Antonio G. Pucci. No opinion. Motion granted, with $10 costs.

HUBER v. BELL TELEPHONE CO. OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Eva Huber, as administratrix, etc., against the Bell Telephone Company of Buffalo. No opinion. Appeal dismissed, without costs, upon stipulation.

HURD, Respondent, v. HUEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by William D. Hurd, as trustee, etc., against Milton V. Huey. No opinion. Judgment affirmed, with costs.

IDE v. BROWN et al. (Supreme Court, Appellate Division, Third Department. September 9, 1903.) Action by Kate L. Ide, an infant, by William T. Cowles, her guardian ad litem, against Louis M. Brown and Jonathan M. Coolidge, as executors of and trustees under the last will and testament of George W. Lee, deceased. No opinion. Judgment unanimously affirmed, with costs.

JACKSON et al., Appellants, v. POLLOCK et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by Henry H. Jackson and others, as executors, etc., of Peter A. H. Jackson, deceased, suing on behalf of themselves and all other creditors of James M. Smith, deceased, against Minna R. Pollock and Julia B. Foster, individually and as executrices of Emeline S. McIlhargy, deceased, and Wright Smith, as administrator, etc., of James M. Smith, deceased. No opinion. Judgment unanimously affirmed, with costs.

JACKSON et al., Appellants, v. POLLOCK et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by Henry H. Jackson and others, as executors, etc., of Peter A. H. Jackson, deceased, suing on behalf of themselves and all other creditors of James M. Smith, deceased, against Minna R. Pollock and Julia B. Foster, individually and as executrices of Emeline S. McIlhargy, deceased, and Wright Smith, as administrator, etc., of James M. Smith, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

JEWETT v. SCHMIDT. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Elise M. Jewett against Melinda P. Schmidt. No opinion. Motion denied, with $10 costs.

JOHNSTON, Respondent, v. LONG ISLAND INV. & IMP. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by George B. Johnston against the Long Island Investment & Improvement Company. No opinion. Motion denied.

JONES, Respondent, v. FAIRCHILD et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by James M. Jones against John A. Fairchild and others. No opinion. Judgment affirmed, with costs.

JONES et al. v. REILLY et al. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by John M. Jones and others as executors, etc., against Margaret T. Reilly and others. From an order granting plaintiff's motion to serve an amended or supplemental complaint, defendants Rockwell and Brooke appeal. Affirmed. Peter A. Hendrick, for appellants. Richard T. Greene, for respondents.

PER CURIAM. The order appealed from is modified, by requiring the plaintiffs, as a condition of the amendment, to pay all the taxable costs in the action to the time the amendment was made, and, as thus modified, affirmed, without costs to either party.

VAN BRUNT, P. J. I dissent. There is not the slightest particle of evidence to show that all the facts in the amended complaint were not known to the plaintiffs at the time of the commencement of the original action, and